■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN L. BRAND, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered November 2, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANDREW E. BISHOP, Respondent. [874 NYS2d 837]—Appeal from an order of the Onondaga County Court (William D. Walsh, J.), entered March 25, 2008. The order granted in part defendant's omnibus motion and suppressed physical evidence and dismissed counts two and three of the indictment.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court, and the indictment is dismissed in its entirety. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.